IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KATHRYN CODDING                                                                                    PLAINTIFF

v.                        Civil No. 2:20-CV-02201-MEF

ANDREW M. SAUL, Commissioner,                                                            DEFENDANT
Social Security Administration

## JUDGMENT

For the reasons stated in the Court's Order of Dismissal (ECF No. 8), the clerk is ordered to dismiss the Plaintiff's Complaint with prejudice.

IT IS SO ORDERED on this the 4th day of January, 2021.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE